IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WILSON, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CALIFORNIA HIGHWAY PATROL OFFICER KEVIN DOMBY, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-03824-MMC<br><br>**ORDER APPROVING STIPULATION TO DISMISS L.M.'S CLAIMS** |

　　By order filed January 3, 2024, the Court approved the parties' stipulation to dismiss the claims of plaintiff Matthew Wilson and deferred ruling on the stipulation to the extent it requested dismissal of the claims of L.M., a minor.  Thereafter, by order filed April 23, 2024, the Court approved the compromise of L.M.'s claims and directed the settlement funds be placed in a blocked account.  On April 30, 2024, plaintiffs filed a Status Report, attached to which is an Acknowledgement from a federally insured bank that the funds have been placed in a blocked account.

　　In the light of the above, and good cause appearing, the Court hereby APPROVES the parties' stipulation to dismiss with prejudice L.M.'s claims, with the parties to bear their respective attorney's fees and costs.

　　**IT IS SO ORDERED.**

Dated: May 2, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Maxine M. Chesney_
　　　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge